UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **April 12, 2003
Barrera/Kelly**, Program,

        Plaintiff,

  -against-

MARY C. GARON, Individually, and d/b/a COLONIAL LOUNGE, and COLONIAL LOUNGE;

        Defendants.

---

**NOTICE OF DISMISSAL**

Civil Action No. 04-12411 PBS
Honorable Patti B. Saris

    **GARDEN CITY BOXING CLUB, INC**., Plaintiff in the above entitled action, hereby moves that the above entitled action be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  May 12, 2005
         Ellenville, New York

        **GARDEN CITY BOXING CLUB, INC.**

        By:    /s/ Wayne D. Lonstein
           WAYNE D. LONSTEIN, ESQ..
           Attorney for Plaintiff
           LONSTEIN LAW OFFICE, P.C.
           Office and P.O. Address
           1 Terrace Hill : P.O. Box 351
           Ellenville, NY  12428
           Telephone:  (845) 647-8500
           Facsimile:  (845) 647-6277
           *Our File No.  03-4MA-03G*

**SO ORDERED** this___ day of _____, 2005

_____
**HONORABLE PATTI B. SARIS**
United States District Judge

-2-

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the **12th day of May, 2005**, your deponent served the foregoing Notice of Dismissal by regular mail on the following:

Mary Garon
283 Broadway
Lawrence, MA 01841

Colonial Lounge
283 Broadway
Lawrence, MA 01841

                                                            /s/ Wayne D. Lonstein
                                                  WAYNE D. LONSTEIN, ESQ.